IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANITA A. JONES, as next of kin of
HERBERT G. JONES, JR., deceased,
and on behalf of the wrongful death
beneficiaries of HERBERT G. JONES, JR.

PLAINTIFF

VS.

CIVIL ACTION NUMBER: 3:11-CV-00359

FKP FRANKLIN SENIOR LIVING TENANT,
LLC d/b/a BELVEDERE COMMONS OF
FRANKLIN; and GRACE MANAGEMENT, INC.

DEFENDANTS

*[Handwritten annotations in right margin: DENIED / This motion / No PROVISION ALLY GRANTED / Plaintiff's motion to compel shall be placed under seal pending a hearing on September 7, 2012 at 10:00 am on Plaintiff's motion to compel. / [signature] USMJ / 8-27-12]*

**DEFENDANTS' EMERGENCY MOTION FOR PROTECTIVE ORDER**

**COME NOW** the Defendants, FKP Franklin Senior Living Tenant, LLC d/b/a Belvedere

Commons of Franklin and Grace Management, Inc., in the above styled and referenced matter,

through their undersigned counsel, and pursuant to the FEDERAL RULES OF CIVIL PROCEDURE, and

file this their Motion for Emergency Protective Order and in support thereof state as follows:

1.      On August 20, 2012, the Plaintiff filed her Motion to Compel bearing document

number 26.  This case involves the residency of Herbert Jones at Belvedere Commons of Franklin,

an assisted living facility located in Franklin, Tennessee.  In Plaintiff's Motion to Compel, she has

referred to another resident from Belvedere Commons by name who is not a party to this cause of

action throughout said motion.

2.      Due to the fact that the other resident is not a party to this cause of action, the

Defendants respectfully request that the Plaintiff's Motion to Compel, document number 26, be

removed from the PACER electronic filing and be kept under seal.  The Defendants have raised

objections in depositions as well as in written discovery as to providing any information pertaining

to residents at Belvedere Commons other than Mr. Jones.  The Defendants' concerns are based upon

and supported by the Health Information Privacy and Portability Act otherwise known as HIPAA.