IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANITA P. JONES, as next of kin of )
HERBERT G. JONES, JR., deceased, )
and on behalf of the wrongful death beneficiaries )
of HERBERT G. JONES, JR., )
)
)
    Plaintiff, )  No. 3:11-0359
)   JUDGE HAYNES
v. )
)
FKP FRANKLIN SENIOR LIVING TENANT, )
LLC d/b/a BELVEDERE COMMONS OF )
FRANKLIN; and GRACE MANAGEMENT, )
INC., )
)
    Defendants. )

# O R D E R

The Court has been advised by the mediator that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

ENTERED this the 31st day of August, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge