IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANITA P. JONES, as next of kin of HERBERT G. JONES, JR., deceased, and on behalf of the wrongful death beneficiaries of HERBERT G. JONES, JR., <br><br> Plaintiff, <br><br> v. <br><br> FKP FRANKLIN SENIOR LIVING TENANT, LLC d/b/a BELVEDERE COMMONS OF FRANKLIN; and GRACE MANAGEMENT, INC., <br><br> Defendants. | No. 3:11-0359 <br> JUDGE HAYNES |

## ORDER

The Court has been advised by the mediator that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

ENTERED this the 31st day of August, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge